LIDIA S. STIGLICH
CSBN: 161645
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Tel: 415.865.2539
Fax: 415.865.2538

Attorneys for Defendant
JOSE VEGA-OCHOA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-05-00803-SBA |
| Plaintiff, | REQUEST FOR SUBSTITUTION OF COUNSEL RE DEFENDANT JOSE VEGA-OCHOA; [PROPOSED] ORDER |
| vs. | |
| JOSE VEGA-OCHOA, | |
| Defendant. | |

TO: KEVIN V. RYAN, UNITED STATES ATTORNEY, ASSISTANT UNITED STATES ATTORNEY, KIMBERLY MARIE BRIGGS AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the undersigned counsel herein request that Lidia S. Stiglich, Esq. be substituted as attorney of record for defendant Jose Vega-Ochoa in the above-referenced case, in place of Michael Murray, Esq. Mr. Murray is Mr. Vega-Ochoa's appointed attorney of record. However, do to his recent retirement from the practice of law and relocation out of state, he is unable to continue as counsel.

///

///

///

As a result, the CJA panel administrator contacted CJA panel member Lidia S. Stiglich and requested that she replace Mr. Murray as Mr. Ochoa's counsel. Accordingly, the undersigned herein respectfully request the substitution be granted.

DATED: November 15, 2006          Respectfully submitted,

                                          STIGLICH & HINCKLEY, LLP

                                        By:_____/s/_____
                                          LIDIA S. STIGLICH
                                          Proposed Attorney for Defendant
                                          Jose Vega-Ochoa

DATED: November 15, 2006          Respectfully submitted,

                                          By:_____/s/_____
                                          MICHAEL MURRAY
                                          Former Attorney for Defendant
                                          Jose Vega-Ochoa

ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED THAT Lidia S. Stiglich, Esq. is substituted for Michael Murray, Esq. as the attorney of record for defendant JOSE VEGA-OCHOA.

IT IS SO ORDERED

DATED: 11-17-06

                                          _____
                                          The Honorable Saundra Brown Armstrong
                                          UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, the undersigned say:

I am over eighteen years of age and not a party to the above action. My business address is 1306 Pine Street, Walnut Creek, California 94596.

On _____ 11/15/06 _____, I personally served via FAX a copy of the attached on the following:

> AUSA KIMBERLY MARIE BRIGGS
> Office of the United States Attorney
> 450 Golden Gate Avenue, 11th FLR
> San Francisco, California 94102
> FAX:425.436.7234

I declare under penalty of perjury that the foregoing is true and correct. Executed on _____ 11/15/06 _____, at Walnut Creek, California.

/S/
_____
MICHAEL L. HINCKLEY